UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY KAYE REYNOLDS,

      Petitioner,

v.

JEREMY HOWARD,

      Respondent.

Case No. 22-cv-10694
Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1) WITHOUT PREJUDICE

Petitioner Kimberly Raye Reynolds is a former state inmate who at all relevant times was in the custody of the Michigan Department of Corrections. On June 4, 2019, Reynolds pleaded guilty to operating a motor vehicle while intoxicated/impaired/controlled substance, third offense ("OWI 3rd"), MICH. COMP. LAWS § 257.625(6)(d), possession of a controlled substance less than 25 grams, MICH. COMP. LAWS § 333.7403(2)(a)(5), and operating with a suspended license, MICH. COMP. LAWS § 257.904(1)(b), in the Eaton County Circuit Court. (*See* ECF No. 9-2.) The state trial court then sentenced her to 12 months in jail with credit for 59 days served and with the last 3 months of the sentence suspended to allow for inpatient treatment. (*See* ECF No. 9-3.) On July 7, 2020, Reynolds was found guilty of violating her probation. (*See* ECF No. 9-5.) Following that probation violation,

1

the trial court sentenced her, as a fourth habitual offender, MICH. COMP. LAWS § 769.12, to concurrent terms of 5 to 15 years in prison on the OWI 3rd and drug convictions and 59 days in jail on the suspended license conviction. (*See* ECF No. 9-6.)

On March 23, 2022, Reynolds filed a *pro se* petition for a writ of habeas corpus in this Court seeking relief from her sentences. (*See* Pet., ECF No. 1.) She does not challenge her underlying plea or convictions. (*See id.*)

From publicly available information, the Court discovered that Reynolds was released from prison on parole on September 19, 2024. *See* Offender Profile, https://mdocweb.state.mi.us/OTIS2/otis2profile.aspx?mdocNumber=713248. She had not, however, provided the Court with updated contact information as required by the Court's Local Rules. *See* E.D. Mich. Local Rule 11.2. Accordingly, on February 18, 2025, the Court issued an Order directing Reynolds to provide the Court with her updated contact information. (*See* Order, ECF No. 10.) The Court warned Reynolds that if she did timely respond to the Order or if the Order was returned as undeliverable, the Court would dismiss her habeas petition without prejudice. (*See id.*, PageID.466.)

On March 6, 2025, the Court's Order returned to the Court as undeliverable. (*See* ECF No. 11.) The returned envelope indicated that Reynolds had been "paroled" or "discharged." (*Id.*) Thus, because Reynolds has not complied with the

2

Court's Local Rules or the direction of this Court to provide her updated contact information, and because the Court cannot administer this action without contact information for Reynolds, the court **DISMISSES** this action **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: March 11, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126