UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY KAYE REYNOLDS,

    Petitioner,                                       Case No. 22-cv-10694
                                                           Hon. Matthew F. Leitman

v.

JEREMY HOWARD,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED** that the petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

                                                               KINIKIA ESSIX
                                                               CLERK OF COURT

                                             By:    s/Holly A. Ryan
                                                                 Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 11, 2025
Detroit, Michigan